**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**RICHARD ADAMSON,**

    **Plaintiff,**

**vs.**	**CASE NO. 4:05CV23-MP/AK**

**LT. DE POORTER, et al,**

    **Defendants.**

_____/

**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Motion to Strike Defendants' Response to his motion to compel. (Doc. 106). Plaintiff asserts that the response was untimely, but the motion to compel was filed on May 2, 2008, (doc. 102), and the response was filed on May 14, 2008, (doc. 104), which is within the 14 days provided by the local rules. The arguments Plaintiff makes against the alleged inaccuracies stated in the response, i.e. that the documents he sought in the motion to compel have not been destroyed as contended by the defendants, but are being withheld deliberately, have been asserted in substance in Plaintiff's affidavit submitted in response opposing defendants' motion for summary judgment. Asserting these arguments in the affidavit is the best manner for presenting this information to the Court. The Court has already decided Plaintiff's motion to compel (doc. 105) and striking the response to it now is a moot point. Thus, the motion to strike the response (doc. 106) is **DENIED**.

Plaintiff's Objections (doc. 108), wherein he complains that the undersigned has inordinately delayed ruling on the motion for summary judgment, are duly noted.

**DONE AND ORDERED** this **30th** day of May, 2008.

s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 4:05cv23-MP/AK**