IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RICHARD ADAMSON,**

    **Plaintiff,**

vs.                                                                    **CASE NO. 4:05CV23-MP/AK**

**LT. DE POORTER, et al,**

    **Defendants.**

_____/

**O R D E R**

Presently before the Court in the above entitled action are the following motions: Defendants' Motion for Protective Order (doc. 111); Plaintiff's Motion for Sanctions (doc. 113) and Motion in Limine. (Doc. 114). Discovery has expired at this point in the proceedings and Defendants are, therefore, not obligated to respond to any discovery served upon them after the deadline. (See Doc. 95). Plaintiff was told to await a ruling on the pending motion for summary judgement, (see Docs. 105 and 110), but apparently does not intend to heed the Court's direction since he has served more discovery and filed more motions since that time.

Consequently, Defendants' motion for protective order regarding the discovery served upon them (doc. 111) is **GRANTED**, and Plaintiff's Motion for Sanctions (doc. 113), which is more argument against their motion for summary judgment, is **DENIED**.

Also, Plaintiff's motion in limine (doc. 114) seeking an order prohibiting Defendants from introducing evidence is premature and **DENIED**. This case is not ready for trial and the issue of admissibility of evidence is not before the Court. **Plaintiff**

**shall not file anything further or serve anything upon the Defendants until directed.**

**DONE AND ORDERED** this  7th  day of July, 2008.


         s/ A. KORNBLUM
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**No. 4:05cv23-mp/ak**