IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD ADAMSON,

    Plaintiff,

vs.                                                                         CASE NO. 4:05CV23-MP/AK

LT. DE POORTER, et al,

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Plaintiff's Motion to Strike Defendants' Motion for Protective Order (doc. 111) on grounds that the motion does not contain a signature. (Doc. 116). The motion filed with the Court contains a signature. The copy of the motion served on Plaintiff may not have had a signature, which is not grounds for striking a document.

Plaintiff's Motion (doc. 116) is **DENIED**.

**DONE AND ORDERED** this **14th day** of July, 2008.

                                                  s/ A. KORNBLUM
                                                ALLAN KORNBLUM
                                                UNITED STATES MAGISTRATE JUDGE