# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 19, 2008

William McCool
Clerk, U.S. District Court
111 N ADAMS ST
TALLAHASSEE FL 32301-7717

**Appeal Number: 08-13596-E**
Case Style: In Re: Richard Casper Adamson
District Court Number: 05-00023 CV-4-MMP-AK

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

Encl.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

2008 AUG 25  AM 11: 20

KM
RECEIVED

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE FLA.

2008 AUG 21  PM 3: 38

FILED

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-13596-E



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 19 2008
THOMAS K. KAHN
CLERK

Dist.Ct. Docket No. 05-00023-CV-4-MMP-AK

IN RE:

RICHARD CASPER ADAMSON,

Petitioner.

On Petition for Writ of Mandamus to the
United States District Court for the
Northern District of Florida

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: /s/ 
Deputy Clerk
Atlanta, Georgia

**BEFORE:** ANDERSON and PRYOR, Circuit Judges

**BY THE COURT:**

Richard Casper Adamson, a Florida prisoner proceeding pro se, has filed a petition for a writ of mandamus, requesting that this Court order the district court to rule on the defendants' motion for summary judgment. Mandamus relief is available "only in drastic situations, when no other adequate means are available to remedy a clear usurpation of power or abuse of discretion." Jackson v. Motel 6 Multipurpose, Inc., 130 F.3d 999, 1004 (11th Cir. 1997). Mandamus may not be used as a substitute for appeal or to control decisions of the district court in discretionary matters. Id. The petitioner has the burden of showing that the claimed right to issuance of the writ is clear and indisputable. In re Lopez-Lukis, 113 F.3d 1187, 1188 (11th Cir. 1997).

Mandamus may be used to direct a district court to decide a pending case where there has been an unreasonable delay in rendering a decision. Will v. Calvert Fire Ins. Co., 437 U.S. 655, 661-62, 98 S.Ct. 2552, 2557, 57 L.Ed.2d 504 (1978).

In this case, the district court acted as recently as July 2008. Accordingly, the district court's delay has not been unreasonable, and the mandamus petition is **DENIED**. See 28 U.S.C. § 1915(e)(2)(B)(i). Adamson's motion to proceed in forma pauperis is **DENIED AS MOOT** because he has signed a consent form, authorizing the withdrawal of the full filing fee from his prison account.