IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD ADAMSON,

    Plaintiff,

v.                                                        CASE NO. 4:05-cv-00023-MP-AK

LT. DE POORTER, et al,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 122, Motion for Extension of Time, filed by Plaintiff. Plaintiff, who is incarcerated and acting pro se, requests an extension to file an objection to the Magistrate's Second Report and Recommendation. Plaintiff represents in support of his motion that he is in solitary confinement without access to the law library. He further represents that he has completed his objection to the Report but that he needs additional time to secure photocopies of the objection. Upon consideration, the motion at Doc. 122 is GRANTED. Plaintiff has until September 18, 2008, to file his objection.

    **DONE AND ORDERED** this __8th__ day of September, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge