IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD ADAMSON,

    Plaintiff,

v.                                CASE NO. 4:05-cv-00023-MP-AK

LT. DE POORTER, et al,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 132, Motion to Take Judicial Notice of Dispositive Case Law, filed by Plaintiff. The motion is denied as moot.

**DONE AND ORDERED** this   *3rd* day of October, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge