IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD ADAMSON,

    Plaintiff,

v.                                                    CASE NO. 4:05-cv-00023-MP-AK

LT. DE POORTER, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 136, Plaintiff's motion for leave to proceed *in forma pauperis* on appeal. Plaintiff has failed to file the appropriate motion and affidavit. See Fed. R. App. P. 24(a)(1). Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Plaintiff is ordered to file an amended motion to proceed *in forma pauperis* on appeal. In making his amended motion, Plaintiff must use Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure, as required by Rule 24(a)(1). Plaintiff has until Wednesday, November 19, 2008, to comply with this order.

**DONE AND ORDERED** this   *20th* day of October, 2008

                                      *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge