IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD ADAMSON,

    Plaintiff,

v.    CASE NO. 4:05-cv-00023-MP-AK

LT. DE POORTER, et al.,

    Defendants.

_____/

## ORDER

This matter is before the Court on Doc. 139, Plaintiff's amended motion to proceed *in forma pauperis* on appeal. Under Fed. R. App. P. 24(a)(1), a party seeking to proceed *in forma pauperis* on appeal must file a motion with the district court, including an affidavit listing the information set out in Fed. R. App. P. 24(a)(1)(A)-(C). The plaintiff has done so. However, the Court, under Fed. R. App. P. 24(a)(4) may certify that the appeal is not taken in good faith and for that reason deny the motion to proceed *in forma pauperis*. As set out in the order at Doc. 133, which adopted the Magistrate Judge's Report and Recommendation at Doc. 128, Plaintiff's arguments in opposition to the motion to dismiss are without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Court certifies that the appeal is not taken in good faith. The motion to proceed *in forma pauperis* on appeal, Doc. 139, is DENIED.

2. The Clerk is directed to forward a copy of this order and an updated docket sheet to the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** this __4th__ day of November, 2008

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge